UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARLOS RIVERA : | |
| : | Civil Action No.: 2:23-CV-852 |
| Plaintiff, : | |
| v. : | |
| : | |
| ALEX CRUZ MARTINEZ and : | |
| MARTEN TRANSPORT, LTD., : | |
| : | |
| Defendants. : | |

**DEFENDANTS, ALEX CRUZ MARTINEZ AND MARTEN TRANSPORT, LTD.'S, MOTION TO ENFORCE SETTLEMENT AGREEMENT**

Defendants, Alex Cruz Martinez and Marten Transport, Ltd., by and through their attorneys, Lock Gordon Law Group, and pursuant to Local Rules 7.1 and 41.1(b), hereby move this Court for an Order dismissing this Action, with prejudice, and enforcing the terms of the settlement agreement. The grounds supporting this Motion are set forth in the accompanying memorandum of law.

Respectfully submitted,

LOCK GORDON LAW GROUP

By: _/s/ Robyn D. Kazatsky_
      John P. Lock
      Robyn D. Kazatsky
      *Attorneys for Defendants, Alex Cruz*
      *Martinez and Marten Transport, Ltd.*

Dated: July 24, 2023