IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Carlos Rivera,<br>　　　　**Plaintiff,**<br><br>vs.<br><br>Alex Cruz Martinez and<br>Marten Transport, Ltd.<br><br>　　　　**Defendants.** | **DOCKET NO.:** 2:23-CV-852 |

## PLAINTIFF'S MOTION FOR PARTIAL JUDGMENT AS A MATTER OF LAW ON FACTUAL CAUSATION

　　Plaintiff, Carlos Rivera, by and through undersigned counsel, Morgan & Morgan Philadelphia PLLC, move this Honorable Court pursuant to Federal Rule of Civil Procedure 50 for Partial Judgment as a Matter of Law on the issue of Factual Causation *as soon as this issue becomes ripe for decision*. Plaintiff hereby incorporates his Memorandum of Law as fully set forth at length herein.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　By: */s/ Tobi Russeck, Esq*
　　　　　　　　　　　　　　　　　TOBI RUSSECK, ESQ.
　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　2005 Market Street, Suite 350
　　　　　　　　　　　　　　　　　Philadelphia, PA 19107
　　　　　　　　　　　　　　　　　PA ID# 206137
　　　　　　　　　　　　　　　　　trusseck@forthepeople.com

Dated: February 3, 2025