## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARLOS RIVERA, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 23-0852 |
| v. | : | |
| | : | |
| ALEX CRUZ MARTINEZ, et al., | : | |
| Defendants. | : | |

### EXPLANATION AND ORDER

On February 14, 2025, Defendants filed a letter conveying recent deposition testimony given by Plaintiff and his wife concerning Plaintiff's residence at the time this complaint was filed.  (ECF No. 80.)  Defendants suggested that complete diversity of citizenship has never existed in this matter because both Plaintiff and Defendant Alex Cruz Martinez are residents of Pennsylvania.

Plaintiff filed a letter response on February 24, 2025.  He concedes that he has been domiciled in Pennsylvania at all relevant times and that the averment to the contrary in the federal complaint "was, evidently, erroneous."  (ECF No. 88.) Plaintiff agrees that this Court lacks subject matter jurisdiction and must dismiss the action pursuant to Rule 12(h)(3) of the Federal Rules of Civil Procedure.

**AND NOW,** this 26th day of February, 2025, it is **ORDERED** that this action is **DISMISSED** without prejudice.  The Clerk is directed to close this case.

_____s/ANITA B. BRODY, J._____
ANITA B. BRODY, J.